FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEIDI W.,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 1:18-CV-3105-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 19. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Michael S. Howard represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 3.  After considering the file and proposed order, **IT IS ORDERED:**

1.     The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, further develop the record as necessary, and issue a new decision.  The ALJ shall: (1) reevaluate whether Plaintiff's fibromyalgia was a severe impairment at step

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

two; (2) reevaluate Plaintiff's testimony, as well as the lay witness testimony; (3) reevaluate the medical opinions of Laura Kim, M.D., and Victoria Eskinazi, Ph.D., M.D; and (4) as necessary, continue with the sequential evaluation process. Plaintiff may present additional testimony and submit additional evidence.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 1, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE